IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CERTAINTEED CORPORATION | : | CIVIL ACTION |
| V. | : | |
| BOISE CASCADE CORPORATION | : | NO. 02-2677 |
| BOISE CASCADE CORPORATION | : | CIVIL ACTION |
| V. | : | |
| CERTAINTEED CORPORATION | : | NO. 02-4385 |

## ORDER OF CONSOLIDATION

**AND NOW**, this 24th day of July, 2002, upon consideration of the agreement of the parties to consolidate the above actions pursuant to Rule 42 of the Federal Rules of Civil Procedure, and it appearing that the above cases involve common questions of law and fact, **IT IS**

**ORDERED** that the above entitled actions are hereby consolidated for all purposes and that Civil Action No. 02-2677 shall be the lead case; and it is further

**ORDERED** that all future pleadings shall be filed under Civil Action No. 02-2677; and it is further

**ORDERED that Civil Action Number 02-4385 is hereby closed for statistical purposes.**

By agreement of the parties, all demands for jury trial are withdrawn.

_____
William H. Yohn, Jr., Judge